O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ORTIZ,<br><br>        Petitioner,<br><br>   v.<br><br>SECRETARY OF CORRECTIONS,<br><br>        Respondent. | Case No. 2:18-cv-01409-RSWL-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections, after extensions thereto, has expired, and no objections have been made.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: November 10, 2020

                                      ___/S/ RONALD S.W. LEW_____
                                      RONALD S. W. LEW
                                      UNITED STATES DISTRICT JUDGE