JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ORTIZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SECRETARY OF CORRECTIONS,<br><br>　　　　　Respondent. | Case No. 2:18-cv-01409-RSWL-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 10, 2020

　　　　　　　　　　　　　　/S/ RONALD S.W. LEW　　　　
　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE